**FILED**

10/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0321

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 20-0321

JULIE A. AND SCOTT R. FILLINGHAM, DAVID B. AND GEORGINE L. FORGATCH, AND CHET WENZEL,

Plaintiffs/Appellants,

v.

INTERMOUNTAIN INDUSTRIAL, INC., a Montana Corporation,

Defendant/Appellee.

## ORDER DISMISSING APPEAL

Pursuant to the parties' Stipulation for Dismissal and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 6 2020